IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RAY S. LOBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 05-469-HU |
| v. | ) | |
| | ) | O R D E R |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Ray S. Lobb
7948 S. W. 166th Place
Beaverton, Oregon 97007

    Pro Se Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204

Jeremy N. Hendon
Trial Attorney, Tax Division
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, D. C. 20044

  Attorneys for Defendant

KING, Judge:

  The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on August 24, 2005. Plaintiff filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a _de novo_ determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); _McDonnell Douglas Corp. v. Commodore Business Machines, Inc._, 656 F.2d 1309, 1313 (9th Cir. 1981), _cert. denied_, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

  This court has, therefore, given _de novo_ review of the rulings of Magistrate Judge Hubel. This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated August 24, 2005 in its entirety.

  IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#6) for lack of subject matter jurisdiction is granted. All other pending motions are moot. This action is dismissed.

  DATED this __30th__ day of September, 2005.

           /s/ Garr M. King
            GARR M. KING
           United States District Judge